IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>DERRAL ADAMS,<br><br>　　　　Respondent.<br>_____/ | 1:10-cv-1342-MJS (HC)<br><br>ORDER GRANTING MOTION<br>TO PROCEED IN FORMA PAUPERIS<br><br>[Doc. 2] |

　　　　Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　Petitioner has filed a motion to proceed in forma pauperis on July 26, 2010. Examination of the document reveals that petitioner is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis is GRANTED. <u>See</u> 28 U.S.C. § 1915.

IT IS SO ORDERED.

Dated:   July 28, 2010                          /s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE