# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MITCHELL, <br><br> Petitioner, <br><br> v. <br><br> DERRAL ADAMS, Warden, <br><br> Respondent. | 1:10-cv-01342 MJS HC <br><br> ORDER GRANTING PETITIONER'S MOTION TO AMEND PETITION <br><br> [Doc. 5] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 26, 2010, Petitioner filed a petition for writ of habeas corpus. (Pet., ECF No. 1.) On August 9, 2010, Petitioner filed the instant motion to amend the petition along with a first amended petition. (Mot. & First Am. Pet., ECF Nos. 5-6.) Petitioner seeks to include further supporting documentation and evidence with his petition. Rule 15(a) of the Federal Rules of Civil Procedure provides, in relevant part:

> (1) **Amending as a Matter of Course.** A party may amend its pleading once as a matter of course: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.

1  Petitioner may amend as a matter of course up to 21 days after a responsive pleading
2 or motion is filed. Respondent has yet to file a response. Accordingly, Petitioner's motion to
3 file an amended petition is GRANTED.

5 IT IS SO ORDERED.

6 Dated:   August 11, 2010                    /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE